

Fafinski Mark & Johnson, P.A.
Attorneys At Law
Flagship Corporate Center
775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344
Telephone: 952.995.9500  Facsimile: 952.995.9577  Website: www.fmjlaw.com

*Peter A. T. Carlson*
*DID: (952) 224-9752*
*E-Mail: peter.carlson@fmjlaw.com*

August 2, 2013

**VIA ECF AND U.S. MAIL**

Frances Codd Slusarz, Esq.
The Slusarz Law Firm, LLC
158 Greenwood Ave
Bethel, CT  06801

**VIA ECF AND U.S. MAIL**

William A. Ruskin, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY  10177-1211

Re:   *Theodore Thorsen, et al. v. Sons of Norway, Inc., et al.*
      Civil Action No.: CV13-2572 (PKC) (RML)
      Our File No.: 61870.3

Dear Counsel:

On behalf of Defendant David M. Ness in the above action and pursuant to The Honorable Pamela K. Chen's Individual Practices and Rules, Section 3(D), enclosed and served upon you, please find the following documents:

1. Defendant David M. Ness's Notice of Motion to Dismiss;

2. Defendant David M. Ness's Memorandum of Law in Support of His Motion to Dismiss; and

3. Affidavit of David M. Ness.

Very truly yours,

**FAFINSKI MARK & JOHNSON, P.A.**

By  Peter A. T. Carlson

Enclosures (via mail only)

1614670_1