UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- x

THEODORE THORSEN, CHRISTINE M.
THORSEN, AND DAVID M. THORSEN,
BOTH INDIVIDUALLY AND : CV 13-2572(PKC)(RML)
DERIVATIVELY ON BEHALF OF
SONS OF NORWAY, INC.

      Plaintiffs, : **NOTICE OF**
             : **MOTION TO DISMISS**

  - against -

SONS OF NORWAY, INC., EIVIND HEIBERG,
DAN RUDE AND DAVID NESS,

      Defendants.

---------------------------------------- x

To: Frances Codd Slusarz, Esq.
   The Slusarz Law Firm, L.L.C.
   158 Greenwood Avenue, 2nd Floor
   Bethel, CT 06801

**PLEASE TAKE NOTICE** that upon (i) Defendants' Memorandum of Law, dated August 2, 2013; (ii) the Affidavit of Dan Rude, sworn to July 23, 2013; (iii) the Affidavit of David Ness, sworn to August 1, 2013; (iv) the Affidavit of Eivind J. Heiberg, sworn to July 29, 2013 and (v) the Declaration of William A. Ruskin, dated August 1, 2013; Defendants Sons of Norway, Eivind Heiberg and Dan Rude, through their attorneys, Epstein Becker & Green, P.C., will move this honorable Court at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on such date and at such time as the Court sets, for an Order, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Complaint in its entirety, together with all other and further relief that this Court deem just and proper.

- 2 -

Dated: New York, New York
August 2, 2013

                    EPSTEIN BECKER & GREEN, P.C.

By: /s/ William A. Ruskin
     William A. Ruskin
     Aime Dempsey

250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

*Attorneys for Defendants*
SONS OF NORWAY,
EIVIND HEIBERG and DAN RUDE
wruskin@ebglaw.com
adempsey@ebglaw.com