UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------- x
THEODORE THORSEN, CHRISTINE M.
THORSEN, AND DAVID M. THORSEN,
BOTH INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF
SONS OF NORWAY, INC.

                         Plaintiffs,

          - against -

SONS OF NORWAY, INC., EIVIND HEIBERG,
DAN RUDE AND DAVID NESS,

                        Defendants.
------------------------------------------- x

CV 13-2572(PKC)(RML)

**DECLARATION OF**
**WILLIAM A. RUSKIN**

        **WILLIAM A. RUSKIN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

        1.    I am a member of Epstein Becker & Green, P.C., attorneys for defendants Sons of Norway, Eivind Heiberg and Dan Rude ("Defendants") in the above-captioned matter. I am admitted to practice before this Court. I submit this Declaration in support of Defendants' motion for an order, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Complaint.

        2.    Attached as Exhibit A is a true and complete copy of Plaintiffs' Complaint.

Dated: August 1, 2013

                                                                         */s/ William A. Ruskin*
                                                                          William A. Ruskin